IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br>2294 Lighthouse Lane<br>Connolly Springs, North Carolina  28612<br><br>        Petitioner<br><br>v.<br><br>LAWRENCE SIMPSON<br>6915 Valley Road<br>La Plata, Maryland  20646<br><br><u>Serve on</u>:<br><br>William B. Young, Jr., Esq.<br>Colling, Gilbert, Wright & Carter<br>2301 Maitland Center Parkway, Suite 240<br>Maitland, Florida  32751<br><br><br>and<br><br>THE NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS<br>2nd Floor<br>9509 Key West Avenue<br>Rockville, Maryland  20850<br><br>        Respondents | NASD Case No.:   04-05824<br><br>Civil Action No.: |

## NOTICE OF FILING TO CONFIRM ARBITRATION AWARD

TO:   William B. Young, Jr., Esq.
        Colling, Gilbert, Wright & Carter
        2301 Maitland Center Parkway, Suite 240
        Maitland, Florida  32751

        and

        Karen Weinstein, Esq.
        NASD Registration and Disclosure Department
        2nd Floor

1

9509 Key West Avenue
Rockville, Maryland 20850

Please take notice that on this 21st day of February, 2007, a civil action to confirm an arbitration award was filed in the United States District Court for the District of Columbia. Any subsequent filings in the matter should be filed electronically.

Respectfully submitted,

Jeffrey J. Hines, Esq. (#406090)
George S. Mahaffey Jr., Esq. (#MD15083)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th of February 2007, a copy of the foregoing was sent via first class mail to the following:

Karen Weinstein, Esq.
NASD Registration and Disclosure Department
2nd Floor
9509 Key West Avenue
Rockville, Maryland 20850
*Counsel for the Respondent NASD*


William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751
*Counsel for the Respondent Simpson*

George S. Mahaffey Jr.

834123