IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br>2294 Lighthouse Lane<br>Connolly Springs, North Carolina  28612<br><br>       Petitioner<br><br>v.<br><br>LAWRENCE SIMPSON<br>6915 Valley Road<br>La Plata, Maryland  02646<br><br><u>Serve on</u>:<br><br>William B. Young, Jr., Esq.<br>Colling, Gilbert, Wright & Carter<br>2301 Maitland Center Parkway, Suite 240<br>Maitland, Florida  32751<br><br>and<br><br>THE NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS<br>2nd Floor<br>9509 Key West Avenue<br>Rockville, Maryland  20850<br><br>       Respondents | Civil Action No.:  I:07-CV-00378-RMU<br><br><br><br><br><br><br>**NASD'S RESPONSE TO<br>PETITION TO CONFIRM<br>ARBITRATION AWARD AND<br>CERTIFICATE OF SERVICE** |

      Respondent National Association of Securities Dealers, Inc. ("NASD") here by responds to the Petition to Confirm Arbitration Award as follows:

NASD does not oppose confirmation of the arbitration award or the expungement relief contained herein.

                Respectfully submitted,

                National Association of Securities
                Dealers, Inc.

Dated: March 19, 2007
       Washington, D.C.                /s/ _____
                                                Terri L. Reicher, DC Bar No. 414685
                                                Associate General Counsel
                                                National Association of
                                                Securities Dealers, Inc.
                                                1735 K Street, N.W.
                                                Washington, D.C. 20006
                                                Telephone (202) 728-8967
                                                FAX (202) 728-8894

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2007, I sent the below-listed documents by overnight mail, Federal Express, to: George S. Mahaffey, Goodell, DeVries, Leech & Dann, L.L.P., One South Street, 20th Floor, Baltimore, MD 21202, and William B. Young, Jr., Colling, Gilbert, Wright & Carter, 2301 Maitland Center Parkway, Suite 240, Maitland, FL 32751.

1. NASD's Response to Petition to Confirm Arbitration Award and Certificate of Service.

Dated: March 19, 2007
Washington, D.C.

/s/
Terri L. Reicher