## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br>2294 Lighthouse Lane<br>Connolly Springs, North Carolina 28612<br><br>Petitioner<br><br>v.<br><br>LAWRENCE SIMPSON<br>6915 Valley Road<br>La Plata, Maryland 20646<br><br><u>Serve on</u>:<br>William B. Young, Jr., Esq.<br>Colling, Gilbert, Wright & Carter<br>2301 Maitland Center Parkway, Suite 240<br>Maitland, Florida 32751<br><br>and<br><br>THE NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS<br>2nd Floor, 9509 Key West Avenue<br>Rockville, Maryland 20850<br><br>Respondents | NASD Case No.: 04-0005824<br><br>Civil Action No.: 07-0378<br><br>**FILED**<br><br>MAR 2 0 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### <u>ORDER</u>

Having considered Petitioner's Petition to Confirm Arbitration Award and after considering the record as a whole, it is this _20th_ day of _March_ 2007, hereby:

**ORDERED** that Petitioner's Petition to Confirm Arbitration Award shall be and is **GRANTED** and that the Stipulated Award entered in the NASD action styled *Simpson v. Legacy et al.*, NASD No.: 04-05824 is confirmed thereby granting all relief set forth in the Stipulated Award.

_____
Judge, United States District Court for the
District of Columbia